IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TAMALYN A. EVERS a/k/a Tamalyn A. Portemont, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO. 2:11cv719-MHT (WO) |
| NATIONAL RURAL ELECTRIC COOPERATIVE ASSOCIATION and POWER SOUTH ENERGY COOPERATIVE, ) ) ) ) ) | |
| Defendants. ) | |

### JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that plaintiff's motion for voluntary dismissal (doc. no. 16) is granted and that this cause is dismissed in its entirety with prejudice, with costs taxed as paid.

It is further ORDERED that all other outstanding motions are denied as moot.

The court assumes that defendants have no objection to the allowance of the dismissal; however, if they do, they

must file the objection within seven days from the date of this order.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 13th day of October, 2011.

                                    /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE